# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:  **Delbert Leroy Adams, II**  ,  )
        )
        **Sharon Sue Adams**  ,  )   Case No. _____
        )
        Debtor(s).  )

## PAY ADVICE COVER SHEET

The attached pay information is filed on behalf of the debtors. The pay advices were received as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Husband: M.D. Cotton | February 1, 2011 | March 31, 2011 |
| Husband: Disability insurance | February 1, 2011 | March 31, 2011 |
| Husband: Social Security disability | February 1, 2011 | March 31, 2011 |
| Wife: Blackwell Public School | February 1, 2011 | March 31, 2011 |
| Wife: Social Security | February 1, 2011 | March 31, 2011 |

Filed on  **April 20, 2011**  .

by  **/s/ Teresa Bell Brown**

(Signature)

**Teresa Bell Brown OBA 15685**

**123 W 7th Av., Suite 102**

**Stillwater, OK 74074**

**Ph: (405) 377-8185;   Fax: 405.377.8187**

Email:  **reception@bobbrownattorney.com; bob@bobbrownattorney.com**

Printed Name, Address, Phone

☒   Attorney for Debtor(s)   OBA#  **#15685**

☐   Pro se debtor

**RCB BANK**
P.O. Box 189
Claremore, OK 74018-0189
Member FDIC

Inquiries 877-811-4663 • 918-342-7220 • 918-825-8890 • 405-843-3132 • 580-762-5651
www.RCBBank.com

Date 12/22/10                 Page 1 of 3
Primary Account              ████8606
Total Enclosed

```
*************AUTO**5-DIGIT 74631
1152 0.6730 AV 0.335    4 1 117
```
DELBERT L ADAMS
POD
416 S D ST
BLACKWELL OK  74631-3326

**Checking Accounts**

Account Title: DELBERT L ADAMS
               POD

**50+FREE INTEREST CHECKING**                          **Items Truncated**
Account Number              ████8606    Statement Dates   11/24/10 thru 12/22/10
Previous Balance              625.92    Days in the statement period        29
    5 Deposits/Credits      2,049.00    Average Ledger                  247.48
   31 Checks/Debits         2,659.24    Average Collected               247.48
Service Charge                   .00
Interest Paid                    .00
Current Balance                15.68

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Overdraft item fees year to date | $.00 | $56.00 |
| Return item fees year to date | $.00 | $.00 |

**Deposits and Other Credits**
| Date | Description | Amount |
|---|---|---:|
| 12/02 | Regular Deposit | 50.00 |
| 12/15 | SOC SEC   US TREASURY 303 | 1,634.00 |
|       | 10/12/15        3031036030 | |
|       | 031736034279939         PPD | |
| 12/17 | TRUST CLMS GROUP TRUST | 65.00 |
|       | 10/12/17        566208927 | |
|       | 011000020805599         PPD | |
| 12/20 | Regular Deposit | 150.00 |

# Your Benefit Amount

2378131

BENEFICIARY'S NAME: DELBERT L ADAMS

Your Social Security benefits are protected against inflation. By law, they increase when there is a rise in the cost of living. The government measures changes in the cost of living through the Department of Labor's Consumer Price Index (CPI). The CPI has not risen since the last cost-of-living adjustment was determined in 2008. As a result, your benefits will not increase in 2011.

Please review the other important information in this mailing. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is                                                   $1,730.50
- The amount we deduct for Medicare medical insurance is                                        $96.50
  (If you did not have Medicare as of Nov. 18, 2010,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is                              $0.00
  (If you did not elect withholding as of Nov. 1, 2010, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is                                 $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 18, 2010, we show $0.00.)
- After taking any other deductions, we will deposit                                            $1,634.00
  into your bank account on Jan. 19, 2011.

## What If I Have Questions?
Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

LAKEVIEW PLAZA
518 E LAKEVIEW RD
STILLWATER OK

| MD COTTON | | | | EMPLOYEE HISTORY Page 1 of 1 | | | | | 4th Quarter 2010 Prepared: 12/14/2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ck # | Employee Name | | Dept | Reg Hrs | OT Hrs | Reg Pay | OT Pay | Commissn | Sect 125 | |
| | Date | Gross | Fed WH | Soc Sec | Medicare | State WH | Advance | | Net Pay | |
| 5593 | ADAMS, II, DELBERT·L. | | 0 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | |
| | 10/07/10 | 600.00 | 29.00 | 37.20 | 8.70 | 12.00 | 0.00 | | 513.10 | |
| 5600 | ADAMS, II, DELBERT L | | 0 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | |
| | 11/04/10 | 600.00 | 29.00 | 37.20 | 8.70 | 12.00 | 0.00 | | 513.10 | |
| 5617 | ADAMS, II, DELBERT L | | 0 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | |
| | 12/02/10 | 600.00 | 29 00 | 37.20 | 8 70 | 12.00 | 0.00 | | 513.10 | |
| Totals | | Gross | Fed WH | Soc Sec | Medicare | State WH | Advance | | Net Pay | |
| 4th Quarter 2010 | | 1800.00 | 87.00 | 111.60 | 26.10 | 36.00 | 0.00 | | 1539.30 | |
| | | | | Reg Hrs | OT Hrs | Reg Pay | OT Pay | Commissn | Sect 125 | |
| | | | | 0.00 | 0.00 | 1800.00 | 0.00 | 0.00 | 0.00 | |

MD COTTON LLC                                                              3437
   Delbert Adams                                    1/1/2011
                                                        513.10

104 Cash In Bank-Ba                                                        513.10

MD COTTON LLC                                                              3490
   Delbert Adams                                    2/1/2011
                                                         513.10

104 Cash In Bank-Ba    Payroll                                             513.10

MD COTTON LLC                                                              3500
   Delbert Adams                                    3/1/2011
                                                         513.10

104 Cash In Bank-Ba    pAYROLL                                             513.10

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details:**
Income for the Period **10/01/2010** to **03/31/2011**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Blackwell Public School, teachers aid**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2010 | $976.00 |
| 5 Months Ago: | 11/2010 | $976.00 |
| 4 Months Ago: | 12/2010 | $976.00 |
| 3 Months Ago: | 01/2011 | $976.00 |
| 2 Months Ago: | 02/2011 | $976.00 |
| Last Month: | 03/2011 | $976.00 |
| | Average per month: | $976.00 |

**Non-CMI - Social Security Act Income**
Source of Income: **Social Security**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2010 | $626.00 |
| 5 Months Ago: | 11/2010 | $626.00 |
| 4 Months Ago: | 12/2010 | $626.00 |
| 3 Months Ago: | 01/2011 | $626.00 |
| 2 Months Ago: | 02/2011 | $626.00 |
| Last Month: | 03/2011 | $626.00 |
| | Average per month: | $626.00 |

| Date Paid | Gross Salary | Taxable Salary | Fica Salary | Medicare Salary | Federal Tax | State Tax | Fica Tax | Medicare Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 01/20/2011 | 976.73 | 901.03 | 901.03 | 901.03 | 44.27 | 20.00 | 37.84 | 13.06 | 753.46 |
| 02/18/2011 | 976.73 | 901.03 | 901.03 | 901.03 | 44.27 | 20.00 | 37.84 | 13.06 | 753.46 |
| 03/11/2011 | 976.73 | 901.03 | 901.03 | 901.03 | 44.27 | 20.00 | 37.84 | 13.06 | 753.46 |
| Totals | 2,930.19 | 2,703.09 | 2,703.09 | 2,703.09 | 132.81 | 60.00 | 113.52 | 39.18 | 2,260.38 |

*Her Teachers aid salary*

Employee: SHARON S ADAMS (█████-9283)  -- Earnings from Jan-01-2011 thru Mar-31-2011

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2010 to 03/31/2011.**

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **M D Cotton trucking**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2010 | $600.00 |
| 5 Months Ago: | 11/2010 | $600.00 |
| 4 Months Ago: | 12/2010 | $600.00 |
| 3 Months Ago: | 01/2011 | $600.00 |
| 2 Months Ago: | 02/2011 | $600.00 |
| Last Month: | 03/2011 | $600.00 |
| | Average per month: | $600.00 |

Remarks:
**This is a part-time seasonal truck driver job.**

**Line 7 - Pension and retirement income**
Source of Income: **disability insurance payment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2010 | $65.00 |
| 5 Months Ago: | 11/2010 | $65.00 |
| 4 Months Ago: | 12/2010 | $65.00 |
| 3 Months Ago: | 01/2011 | $65.00 |
| 2 Months Ago: | 02/2011 | $65.00 |
| Last Month: | 03/2011 | $65.00 |
| | Average per month: | $65.00 |

**Non-CMI - Social Security Act Income**
Source of Income: **Social Security Disability**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2010 | $1,634.00 |
| 5 Months Ago: | 11/2010 | $1,634.00 |
| 4 Months Ago: | 12/2010 | $1,634.00 |
| 3 Months Ago: | 01/2011 | $1,634.00 |
| 2 Months Ago: | 02/2011 | $1,634.00 |
| Last Month: | 03/2011 | $1,634.00 |
| | Average per month: | $1,634.00 |